LEO AGRESS et al., Copartners Doing Business under the Name of AGRESS NUT & SEED CO., Appellants, v. OMER C. TURKMENILLI, Respondent.— The letter of credit of the Irving Trust Company states that it is "Identical with credit cabled to you through Chemical Bank & Trust Company, New York." The letter of credit of the Chase National Bank states, "Details of this credit advised by cable thru the Chemical Bank & Trust Company, New York, N. Y." It is not clear that the terms of the contract requiring the establishment of a letter of credit through the Chemical Bank & Trust Company were not complied with. The issue of compliance must await trial and, accordingly, the attachment should stand pending the trial of the issue. Order unanimously reversed, with $20 costs and disbursements to the appellants, and the motion denied. Present — Peck, P. J., Glennon, Van Voorhis, Shientag and Heffernan, JJ. [See *post,* p. 764.]

JOSEPH A. ZALOOM et al., Copartners Doing Business under the Name of JOSEPH A. ZALOOM & COMPANY, Appellants, v. OMER C. TURKMENILLI, Respondent.— Order unanimously reversed, with $20 costs and disbursements to the appellants, and the motion denied. No opinion. Present — Peck, P. J., Glennon, Van Voorhis, Shientag and Heffernan, JJ. [See *post,* p. 764.]

ELAINE N. RASKIN, Appellant-Respondent, v. BARNEY L. RASKIN et al., as Executors of HARRY RASKIN, Deceased, Respondents-Appellants. (Action No. 1.) ELAINE N. RASKIN, Appellant-Respondent, v. BARNEY L. RASKIN et al., as Executors of HARRY RASKIN, Deceased, Respondents-Appellants. (Action No. 2.) — Order unanimously modified by directing consolidation and, as so modified, affirmed, with $20 costs and disbursements to the defendants-respondents-appellants. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Van Voorhis, Shientag and Heffernan, JJ.